Rev. 6/03

FILED
IN THIS OFFICE

2015 DEC -8 PM 4:46

CLERK US DISTRICT COURT
GREENSBORO, N.C.

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Pro se [Non-prisoner] Complaint Form

Flora Riaño Gonzalez,
(Your Name)
      Plaintiff,

v.

Forsyth county department of social Services, Curtis H. Cheeks Jr. Robinetta N. Blackwell notary
      Defendant(s).

Civil Action No. 15CV1043
(to be assigned by the Clerk)

COMPLAINT

I.    JURISDICTION

_____

II.    PARTIES

A.    Plaintiff

    Name of Plaintiff: Flora Riaño Gonzalez

    Address: 1817 N.E 25th st

    Winston Salem N.C. 27105

B.    Defendant(s)   (**Notice**: A person must be identified in subsections B and C in order to be considered as a defendant.)

    Name of Defendant: Forsyth county department of social services.

    Current Address: Forsyth county DSS

    741 north Highland avenue

    Wiston salem N.C. 27101

C. Additional Defendants (please provide the same information for each defendant as listed in Item B above):

Curtis H. Cheeks Jr.
741 north Highland avenue
Winston Salem NC. 27101

Robinetta N. Blackwell
741 north Highland avenue
Winston Salem NC. 27101

III. STATEMENT OF CLAIM
(State here as briefly as possible the **FACTS** of your case. Do this by identifying the alleged legal wrong and by describing how each defendant named in Section II.B. and C. above is personally responsible for depriving you of your rights. Include relevant times, dates, and places. Also, you must state the basis for federal jurisdiction. In other words, why should the case be in federal court as opposed to state court. **DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES.** Number and set forth each separate claim in a separate paragraph.) (Attach extra sheets if necessary.)

on 11/10/15

dept. of social services & curtis H. Cheeks took by force my children unlawfully by way of a non-secure custody document which is defective & violates the 4th ammendment of the U.S. constitution, violation of Art. 6.2 of the U.S. constitution by breach of "inter alia" international law V.C.L.T. Art. 26,27 "Pacta sunt Survanda" V.C.C.R. Art. 37, 37B Violation of constitution Art. 1. Sec. 10 by state of N.C division of social services intering into treaty with a foriegn nation prohibited. Mrs. Blackwell power of the notary was use to help social services, curtis H. cheeks jr. to swear to facts that they knowingly know to be false showing criminal intent to kidnap my children abuse of power under color of law she aided & abedded them in there crimes. How many others has she done this to under color of law.

III. STATEMENT OF CLAIM - continued.

IV. RELIEF

State briefly and exactly what relief you want from this court.

Give back her kids, and 500,000,000.00

Signed this __8__ day of __Diciembre__, 20_15_.

_____
Signature of plaintiff

_____
Address

1817 NE 25Th St Winston Salem n.c. 27105

336) 727-3946   336) 422-4068
Telephone number